# ATTACHMENT

# A

*Redacted Docket Materials*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

IN RE APPLICATION OF THE UNITED
STATES OF AMERICA FOR AN ORDER
PURSUANT TO 18 U.S.C. § 2703(d)

Case: 1:16-mc-00196
Assigned To : Kay, Alan
Assign. Date : 2/1/2016
Description: Miscellaneous

**APPLICATION OF THE UNITED STATES
FOR AN ORDER PURSUANT TO 18 U.S.C. § 2703(d)**

The United States of America, moving by and through its undersigned counsel, respectfully submits under seal this *ex parte* application for an Order pursuant to 18 U.S.C. § 2703(d). The proposed Order would require Pastebin.com ("Pastebin"), an electronic communications service provider and/or a remote computing service provider operating from Chicago, Illinois, to disclose certain records and other information pertaining to the user account ████████ and related webpages, as described in Part I of Attachment A to the proposed Order. The items to be disclosed are described in Part II of Attachment A. In support of this application, the United States asserts:

**LEGAL BACKGROUND**

1.      Pastebin is a provider of an electronic communications service, as defined in 18 U.S.C. § 2510(15), and/or a remote computing service, as defined in 18 U.S.C. § 2711(2). Accordingly, the United States may use a court order issued under § 2703(d) to require Pastebin to disclose the items described in Part II of Attachment A. *See* 18 U.S.C. § 2703(c)(1)-(2).

2.      This Court has jurisdiction to issue the proposed Order because it is "a court of competent jurisdiction," as defined in 18 U.S.C. § 2711. *See* 18 U.S.C. § 2703(d). Specifically, the Court is a district court of the United States that has jurisdiction over the offense being investigated." 18 U.S.C. § 2711(3)(A)(i).

3.      A court order under § 2703(d) "shall issue only if the governmental entity offers specific and articulable facts showing that there are reasonable grounds to believe that the contents of a wire or electronic communication, or the records or other information sought, are relevant and material to an ongoing criminal investigation." 18 U.S.C. § 2703(d). Accordingly, the next section of this application sets forth specific and articulable facts showing that there are reasonable grounds to believe that the records and other information described in Part II of Attachment A are relevant and material to an ongoing criminal investigation.

## THE RELEVANT FACTS

4.      The United States is investigating a scheme whereby one or more unidentified subjects created malicious software, or "malware," designed to gain remote access to another's computer, and sent fraudulent "spear-phishing" emails in order to ██████████████████ ██████████████████████████ The investigation concerns possible violations of 18 U.S.C. § 1030 (fraud and related activity in connection with computers).   Through this investigation, the Federal Bureau of Investigation ("FBI") has learned the following information relating to this application.

5.      On April 15, 2015, employees of WhatsApp, Inc. ("WhatsApp"), provider of an online messaging service, received a spear-phishing email with the subject ████████████ ████ that came from ████████████████ and had the ██████████████████ ████████████████████ Attached to this email was the file ████████████ which compressed a larger file ████████████ Later, when file was opened using a virtual machine with an operating system mimicking a WhatsApp employee's computer, there were several changes to system settings and then the computer initiated contact with ████████████████

████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████

2

Later, additional malware was installed onto the computer. This malware retrieved a ███ page located at ███████████████, whereupon the computer connected to IP address ███████ This IP address is believed to be the ███████████████ channel associated which a ███████████████

6. ███████ allows users to store text online for easy sharing. The Frequently Asked Questions page explains as follows: "The website is mainly used by programmers to store pieces of sources [*sic*] code or configuration information, but anyone is more than welcome to paste any type of text. The idea behind the site is to make it more convenient for people to share large amounts of text online." The above page located at ███████████████ was created by the user ███████████ This user created several other pages from March to August of 2015 that also implement ███████ Based on their titles, these other pages appear to target companies like WhatsApp that provide information technology or electronic communication services. The following table lists these pages:

███████████████████████████████████

7. The FBI has found several other ███████ pages that appear linked to the same criminal scheme. These include four pages ending in ███████████████ that were created by ███████ But they also include ███ pages ending in ███████████████ that were created by the user ███████ and one page ending in ███████ that was created by the user ███████ These pages belonging to ███████████████ include encoded commands for ███████ similar to the coding found on ███████████ pages.

## REQUEST FOR ORDER

8.      The facts set forth in the previous section show that there are reasonable grounds to believe that the records and other information described in Part II of Attachment A are relevant and material to an ongoing criminal investigation.  Specifically, these items will help the United States to identify and locate the individuals who are responsible for the events described above, and to determine the nature and scope of their activities.  Accordingly, the United States requests that Pastebin be directed to produce all items described in Part II of Attachment A.

9.      The United States further requests that the Order require Pastebin not to disclose this application and any resulting order to the subscriber(s) of the account(s) listed in Attachment A or to any other person (except attorneys for Pastebin for the purpose of receiving legal advice) for a period of 180 days or until further order of the Court.  *See* 18 U.S.C. § 2705(b).  This Court has authority under 18 U.S.C. § 2705(b) to issue "an order commanding a provider of electronic communications service or remote computing service to whom a warrant, subpoena, or court order is directed, for such period as the court deems appropriate, not to notify any other person of the existence of the warrant, subpoena, or court order." *Id.*  In this case, such an order would be appropriate because the requested Order relates to an ongoing criminal investigation that is neither public nor known to the target(s) of the investigation, and its disclosure may alert the target(s) to the ongoing investigation.  Accordingly, there is reason to believe that notification of the existence of the requested Order will seriously jeopardize the investigation, including by giving targets an opportunity to flee from prosecution, destroy or tamper with evidence, change patterns of behavior, or notify confederates.  *See* 18 U.S.C. § 2705(b)(2), (3), (5).  Indeed, much of the evidence in this investigation is stored electronically. If alerted to the investigation, the target(s) under investigation could destroy that evidence,

4

including information saved to personal computers.

10.     The United States further requests that the Court order that this application and any resulting order be sealed until further order of the Court.  As explained above, these documents discuss an ongoing criminal investigation that is neither public nor known to the target(s) of the investigation.  Accordingly, there is good cause to seal these documents because their premature disclosure may seriously jeopardize that investigation.

Respectfully submitted,

CHANNING D. PHILLIPS
United States Attorney
D.C. Bar Number 415793

By:     _____,
ALLEN T. O'ROURKE
Assistant U.S. Attorney
N.C. Bar Number 38404
United States Attorney's Office
555 Fourth Street, N.W., Room 4231
Washington, D.C. 20530
(202) 252-7527
Allen.O'Rourke@usdoj.gov

5

**FILED**

FEB - 2 2016

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER PURSUANT TO 18 U.S.C. § 2703(d) | Case: 1:16-mc-00196<br>Assigned To : Kay, Alan<br>Assign. Date : 2/1/2016<br>Description: Miscellaneous |

### ORDER

The United States has submitted an application pursuant to 18 U.S.C. § 2703(d), requesting that the Court issue an Order requiring Pastebin.com ("Pastebin"), an electronic communications service provider and/or a remote computing service provider operating from Chicago, Illinois, to disclose the items described in Attachment A to this Order.

The Court finds that the United States has offered specific and articulable facts showing that there are reasonable grounds to believe that the records or other information sought are relevant and material to an ongoing criminal investigation.

The Court determines that there is reason to believe that notification of the existence of this Order will seriously jeopardize the ongoing investigation, including by giving target(s) an opportunity to flee from prosecution, destroy or tamper with evidence, change patterns of behavior, or notify confederates. *See* 18 U.S.C. § 2705(b)(2), (3), (5).

IT IS THEREFORE ORDERED, pursuant to 18 U.S.C. § 2703(d), that Pastebin shall, within ten days of the date of this Order, disclose to the United States the records and other information described in Attachment A to this Order.

IT IS FURTHER ORDERED, pursuant to 18 U.S.C. § 2705(b), that Pastebin shall not disclose the existence or content of the Application of the United States or this Order of the Court to the subscriber(s) of the account(s) listed in Attachment A or to any other person (except

attorneys for Pastebin for the purpose of receiving legal advice) for a period of 180 days or until further order of the Court.

IT IS FURTHER ORDERED that the Application and this Order of the Court are sealed until otherwise ordered by the Court.

_____

HON. ALAN KAY
UNITED STATES MAGISTRATE JUDGE

2-1-2016
Date

2

## ATTACHMENT A

### I. The Account(s)

The Order applies to certain records and other information associated with the Pastebin account for the following identifier(s) and with any Pastebin account or user linked thereto by email address, telephone number, payment information, registration IP address, or any unique device or user identifier:



### II. Records and Other Information to Be Disclosed

Pastebin is required to disclose the following records and other information, if available, to the United States for each identifier listed in Part I of this Attachment ("Account"), and for each Pastebin account or user linked to such identifier by email address, telephone number, payment information, registration IP address, or any unique device or user identifier ("Linked Accounts"), for the time period from inception of the account to the present.

A. **For the Account and for all Linked Accounts, information about the customer(s) or subscriber(s) thereof:**

1. Names (including subscriber names, user names, and screen names);

2. Addresses (including mailing addresses, residential addresses, business addresses, and email addresses);

3. Records of session times and durations (including the IP addresses and port numbers associated with those sessions);

4. Length of service (including start date) and types of service utilized;

5. Telephone or instrument number or other subscriber number or identity (including device identification and the IP address and port number associated with registration);

6. Means and source of payment for such service (including any credit card or bank account number) and billing records.

B. **For the Account, but not for Linked Accounts, all records and other information relating thereto (except the contents of communications):**

1. Information about each paste, webpage, or electronic communication created, saved, edited, sent, or received by the Account, including the date and time, source and

destination information, IP addresses and port numbers, and any associated unique device or user identifier;

2. Information about each connection made to or from the Account, including the date, time, length, and method of connection; server log records; data transfer volume; source and destination IP addresses and port numbers; and all unique device or user identifiers linked to each connection;

3. Information about each device used to access the Account, including the date, time, and length of usage; hardware model; operating system version; any known country, language, or time zone settings; mobile network information; and all unique device or user identifiers associated with the device; and

4. Complaints, alerts, or other indications of fraud, suspicious activity, or violations of terms of service concerning the Account or subscriber (or any unique device or user identifier linked thereto), including any memoranda, notes, files, and any other records related to meetings or discussions about the Account or subscriber (except confidential communications with legal counsel).

## C. Definitions

As used herein, "unique device or user identifier" refers to any unique number or set of characters that may be used to identify or track users or devices, including Apple ID, Android ID, Advertising ID, Global Unique Identifier ("GUID"), Universally Unique Identifier ("UUID"), device serial number, Media Access Control ("MAC") address, Electronic Serial Number ("ESN"), Mobile Electronic Identity Number ("MEIN"), Mobile Equipment Identifier ("MEID"), Mobile Identification Number ("MIN"), Subscriber Identity Module ("SIM"), Mobile Subscriber Integrated Services Digital Network Number ("MSISDN"), International Mobile Subscriber Identifier ("IMSI"), International Mobile Equipment Identity ("IMEI"), and all available cookies used by Pastebin or one of Pastebin's partners relating to Pastebin users (including the DART cookie used by Google).