# ATTACHMENT

# A

*Redacted Docket Materials*

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER PURSUANT TO 18 U.S.C. § 2703(d) | ) ) ) ) ) ) ) |

MISC. NO.

**Filed Under Seal**

## APPLICATION OF THE UNITED STATES
## FOR AN ORDER PURSUANT TO 18 U.S.C. § 2703(d)

The United States of America, moving by and through its undersigned counsel, respectfully submits under seal this *ex parte* application for an Order pursuant to 18 U.S.C. § 2703(d). The proposed Order would require Facebook, Inc. ("Facebook"), an electronic communication services provider located in Menlo Park, California, to disclose certain records and other information pertaining to the user account: Facebook UID ███████████ as described in Part I of Attachment A to the proposed Order. The records and other information to be disclosed are described in Part II of Attachment A to the proposed Order. In support of this application, the United States asserts:

**LEGAL BACKGROUND**

1.      Facebook is a provider of an electronic communications service, as defined in 18 U.S.C. § 2510(15), and/or a remote computing service, as defined in 18 U.S.C. § 2711(2). Accordingly, the United States may use a court order issued under § 2703(d) to require Facebook to disclose the items described in Part II of Attachment A. *See* 18 U.S.C. § 2703(c)(2) (Part II.A of Attachment A); 18 U.S.C. § 2703(c)(1) (Part II.B of Attachment A).

2.      This Court has jurisdiction to issue the proposed Order because it is "a court of competent jurisdiction," as defined in 18 U.S.C. § 2711. *See* 18 U.S.C. § 2703(d). Specifically,

the Court is a district court of the United States that has jurisdiction over the offense being investigated. *See* 18 U.S.C. § 2711(3)(A)(i).

3.     A court order under § 2703(d) "shall issue only if the governmental entity offers specific and articulable facts showing that there are reasonable grounds to believe that the contents of a wire or electronic communication, or the records or other information sought, are relevant and material to an ongoing criminal investigation." 18 U.S.C. § 2703(d). Accordingly, the next section of this application sets forth specific and articulable facts showing that there are reasonable grounds to believe that the records and other information described in Part II of Attachment A are relevant and material to an ongoing criminal investigation.

### THE RELEVANT FACTS

4.     The United States is investigating the potential commission of criminal offenses, including possible violations of 18 U.S.C. § 2339B: providing material support or resources to designated foreign terrorist organizations.

5.     To gain supporters, ISIL spreads its message using social media platforms, such as Twitter, Facebook, YouTube and Instagram. Using these platforms, ISIL posts videos and updates of events in Syria and Iraq, in English, as well as other languages, to draw support. In a Joint Intelligence Bulletin released in February 2015, the Federal Bureau of Investigation (FBI) and Department of Homeland Security (DHS) assessed that Western youth inspired by ISIL messaging to travel or attempt to travel to Syria could radicalize others, gain combat skills, share knowledge of potential targets, or mobilize to conduct organized or lone offender attacks upon their return to western countries, including the United States.

6.     The user of Facebook UII ███████████████ s believed to be an ISIL supporter based in the United States. A publicly viewable post dated July 1, 2014 on the profile page of

2

Facebook UID ███████████ includes the statement ████████████████

Captioned user has continued to post pro-ISIL rhetoric, to include posting ████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

██████████ on June 13, 2015; and posting a picture of a black and white flag commonly

associated with ISIL on January 30, 2016. Captioned user is believed to have direct online

connections to multiple ISIL supporters. Upon receipt of requested records, law enforcement will

be able to better assess this user's roles in promulgating ISIL's narrative and encouraging others

to support ISIL, as well as the user's associations to other ISIL members and supporters.

## REQUEST FOR ORDER

7. The facts set forth in the previous section show that there are reasonable grounds

to believe that the records and other information described in Part II of Attachment A are

relevant and material to an ongoing criminal investigation. Accordingly, the United States

requests that Facebook be directed to produce all items described in Part II of Attachment A to

the proposed Order.

8. The United States further requests that the Order require Facebook not to notify

any other person of the existence of the Order, including the subscriber or customer of each

account identified in Attachment A. *See* 18 U.S.C. § 2705(b). Acting under 18 U.S.C.

§ 2703(c)(1)-(2), the Government "is not required to provide notice to a subscriber or customer"

regarding the proposed Order. *See* 18 U.S.C. § 2703(c)(3). Furthermore, this Court has

authority under 18 U.S.C. § 2705(b) to issue "an order commanding a provider of electronic

communications service or remote computing service to whom . . . [the] court order is directed,

for such period as the court deems appropriate, not to notify any other person of the existence of

3

. . . [the] court order." *See* 18 U.S.C. § 2705(b). Such a "nondisclosure order" must be issued if this Court finds "reason to believe that notification . . . will result in—(1) endangering the life or physical safety of an individual; (2) flight from prosecution; (3) destruction of or tampering with evidence; (4) intimidation of potential witnesses; or (5) otherwise seriously jeopardizing an investigation or unduly delaying a trial." *Id.*; *see In re Application for Order of Nondisclosure Pursuant to 18 U.S.C. § 2705(b) for Grand Jury Subpoena #GJ20140314227651*, 41 F. Supp. 3d 1, 5 (D.D.C. 2014) ("Once the government makes the required showing under § 2705(b), the court is required to issue the non-disclosure order.").

9. An order of nondisclosure is necessary because the proposed Order relates to an ongoing criminal investigation that is neither public nor known to the target(s) of the investigation, and its disclosure may alert the target(s) to the ongoing investigation. Once notified, potential target(s) would be prompted to destroy or conceal incriminating evidence, change patterns of behavior to evade future detection, and otherwise attempt to undermine the investigation and avoid prosecution. Accordingly, there is reason to believe that notification of the existence of the proposed Order would seriously jeopardize the investigation, including by giving potential target(s) an opportunity to endanger a person, flee from prosecution, destroy or tamper with evidence, and intimidate potential witnesses. *See* 18 U.S.C. § 2705(b)(2), (3), (5).

10. In this matter, the Government also requests that the instant Application and the Order be filed under seal. The Court has the inherent power to seal court filings when appropriate, including the proposed Order. *United States v. Hubbard*, 650 F.2d 293, 315-16 (D.C. Cir. 1980) (citing *Nixon v. Warner Communications, Inc.*, 435 U.S. 589, 598 (1978)). More particularly, the Court may seal the Application and Order to prevent serious jeopardy to an ongoing criminal investigation when such jeopardy creates a compelling governmental

4

interest in confidentiality. *See Washington Post v. Robinson*, 935 F.2d 282, 287-89 (D.C. Cir.

1991). For the reasons stated above, the Government has a compelling interest in confidentiality

to justify sealing the Application and Order. *See id.*

Respectfully submitted,

CHANNING D. PHILLIPS
United States Attorney
D.C. Bar No. 415793

By:

JEFFREY PEARLMAN
Assistant United States Attorney
National Security Section
United States Attorney's Office
555 4th Street NW, 11th Floor
Washington, D.C. 20530
(202) 252-7228
jeffrey.pearlman@usdoj.gov

5

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

|  | ) |
| --- | --- |
| IN RE APPLICATION OF THE | ) |
| UNITED STATES OF AMERICA FOR | ) |
| AN ORDER PURSUANT TO | ) |
| 18 U.S.C. § 2703(d) | ) |
|  | ) |

MISC. NO. _____

**Filed Under Seal**

## ORDER

The United States has submitted an application pursuant to 18 U.S.C. § 2703(d),

requesting that the Court issue an Order requiring Facebook, Inc. ("Facebook"), an electronic

communications services provider and/or a remote computing service located in Mountain View,

California, to disclose the records and other information described in Attachment A to this Order.

The Court finds that the United States has offered specific and articulable facts showing that

there are reasonable grounds to believe that the records or other information sought are relevant

and material to an ongoing criminal investigation. Furthermore, the Court determines that there

is reason to believe that notification of the existence of this Order will seriously jeopardize the

ongoing investigation, including by giving targets an opportunity to flee or continue flight from

prosecution, destroy or tamper with evidence, change patterns of behavior, or notify

confederates. *See* 18 U.S.C. § 2705(b)(2), (3), (5).

IT IS THEREFORE ORDERED, pursuant to 18 U.S.C. § 2703(d), that Facebook shall,

within ten days of the date of this Order, disclose to the United States the records and other

information described in Attachment A to this Order.

IT IS FURTHER ORDERED under 18 U.S.C. § 2705(b) that Facebook shall not disclose

the existence of the application of the United States, or the existence of this Order of the Court,

to the subscribers of the account listed in Attachment A, or to any other person, for a period of

180 days or until otherwise ordered by the court, except that Facebook may disclose this Order to

an attorney for Facebook for the purpose of receiving legal advice.

IT IS FURTHER ORDERED that the application and this Order are sealed until

otherwise ordered by the Court.

_____
UNITED STATES MAGISTRATE JUDGE
DEBORAH A. ROBINSON

_____
Date

CC:  JEFFREY PEARLMAN
     Assistant United States Attorney
     National Security Section
     United States Attorney's Office
     555 4th Street NW, 11th Floor
     Washington, D.C. 20530
     (202) 252-7228
     jeffrey.pearlman@usdoj.gov

2

# ATTACHMENT A

## I.     The Account

The Order applies to certain records and information associated with the following email account (s):

- Facebook UID ███████████

## II.     Records and Other Information to Be Disclosed

Facebook is required to disclose the following records and other information, if available, to the United States for the account or identifier listed in Part I of this Attachment ("Account"), for the time period inception of the account to present:

A.     The following information about the customers or subscribers of the Account:

1.     Names (including subscriber names, user names, and screen names);

2.     Addresses (including mailing addresses, residential addresses, business addresses, and e-mail addresses);

3.     Local and long distance telephone connection records;

4.     Records of session times and durations, and the temporarily assigned network addresses (such as Internet Protocol ("IP") addresses) associated with those sessions;

5.     Length of service (including start date) and types of service utilized;

6.     Telephone or instrument numbers (including MAC addresses);

7.     Other subscriber numbers or identities (including the registration Internet Protocol ("IP") address); and

8.     Means and source of payment for such service (including any credit card or bank account number).

B.  All records and other information (not including the contents of communications) relating to the Account, including:

1.  Records of user activity for each connection made to or from the Account, including log files; messaging logs; the date, time, length, and method of connections; data transfer volume; user names; and source and destination Internet Protocol addresses;

2.  Information about each communication sent or received by the Account, including the date and time of the communication, the method of communication, and the source and destination of the communication (such as source and destination email addresses, IP addresses, and telephone numbers); and

3.  Forwarding e-mail address(s) for the Account

## CERTIFICATE OF AUTHENTICITY OF DOMESTIC BUSINESS RECORDS PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)

I, _____, attest, under penalties of perjury under the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this declaration is true and correct. I am employed by Facebook, and my official title is _____. I am a custodian of records for Facebook. I state that each of the records attached hereto is the original record or a true duplicate of the original record in the custody of Facebook, and that I am the custodian of the attached records consisting of _____ (pages/CDs/kilobytes). I further state that:

a. all records attached to this certificate were made at or near the time of the occurrence of the matter set forth, by, or from information transmitted by, a person with knowledge of those matters;

b. such records were kept in the ordinary course of a regularly conducted business activity of Facebook and

c. such records were made by Facebook as a regular practice.

I further state that this certification is intended to satisfy Rule 902(11) of the Federal Rules of Evidence.

_____      _____
Date                             Signature



**FILED**

**JUL 1 2 2016**

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

IN RE APPLICATION OF THE )
UNITED STATES OF AMERICA FOR )
AN ORDER PURSUANT TO )
18 U.S.C. § 2703(d) )
_____ )

Case: 1:16-mc-01458
Assigned To : Robinson, Deborah A.
Assign. Date : 7/12/2016
Description: Misc.

**Filed Under Seal**

## ORDER

The United States has submitted an application pursuant to 18 U.S.C. § 2703(d),

requesting that the Court issue an Order requiring Facebook, Inc. ("Facebook"), an electronic

communications services provider and/or a remote computing service located in Mountain View,

California, to disclose the records and other information described in Attachment A to this Order.

The Court finds that the United States has offered specific and articulable facts showing that

there are reasonable grounds to believe that the records or other information sought are relevant

and material to an ongoing criminal investigation. Furthermore, the Court determines that there

is reason to believe that notification of the existence of this Order will seriously jeopardize the

ongoing investigation, including by giving targets an opportunity to flee or continue flight from

prosecution, destroy or tamper with evidence, change patterns of behavior, or notify

confederates. *See* 18 U.S.C. § 2705(b)(2), (3), (5).

IT IS THEREFORE ORDERED, pursuant to 18 U.S.C. § 2703(d), that Facebook shall,

within ten days of the date of this Order, disclose to the United States the records and other

information described in Attachment A to this Order.

IT IS FURTHER ORDERED under 18 U.S.C. § 2705(b) that Facebook shall not disclose

the existence of the application of the United States, or the existence of this Order of the Court,

to the subscribers of the account listed in Attachment A, or to any other person, for a period of



180 days or until otherwise ordered by the court, except that Facebook may disclose this Order to an attorney for Facebook for the purpose of receiving legal advice.

IT IS FURTHER ORDERED that the application and this Order are sealed until otherwise ordered by the Court.

_____
UNITED STATES MAGISTRATE JUDGE
DEBORAH A. ROBINSON

July 12, 2016
Date

CC:    JEFFREY PEARLMAN
Assistant United States Attorney
National Security Section
United States Attorney's Office
555 4th Street NW, 11th Floor
Washington, D.C. 20530
(202) 252-7228
jeffrey.pearlman@usdoj.gov

## ATTACHMENT A

### I.    The Account

The Order applies to certain records and information associated with the following email

account (s):

- Facebook UID ████████████

### II.    Records and Other Information to Be Disclosed

Facebook is required to disclose the following records and other information, if available,

to the United States for the account or identifier listed in Part I of this Attachment ("Account"),

for the time period inception of the account to present:

A.    The following information about the customers or subscribers of the Account:

1.    Names (including subscriber names, user names, and screen names);

2.    Addresses (including mailing addresses, residential addresses, business addresses, and e-mail addresses);

3.    Local and long distance telephone connection records;

4.    Records of session times and durations, and the temporarily assigned network addresses (such as Internet Protocol ("IP") addresses) associated with those sessions;

5.    Length of service (including start date) and types of service utilized;

6.    Telephone or instrument numbers (including MAC addresses);

7.    Other subscriber numbers or identities (including the registration Internet Protocol ("IP") address); and

8.    Means and source of payment for such service (including any credit card or bank account number).

B.   All records and other information (not including the contents of communications) relating to the Account, including:

  1.   Records of user activity for each connection made to or from the Account, including log files; messaging logs; the date, time, length, and method of connections; data transfer volume; user names; and source and destination Internet Protocol addresses;

  2.   Information about each communication sent or received by the Account, including the date and time of the communication, the method of communication, and the source and destination of the communication (such as source and destination email addresses, IP addresses, and telephone numbers); and

  3.   Forwarding e-mail address(s) for the Account

## CERTIFICATE OF AUTHENTICITY OF DOMESTIC BUSINESS RECORDS PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)

I, _____, attest, under penalties of perjury under the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this declaration is true and correct. I am employed by Facebook, and my official title is _____. I am a custodian of records for Facebook. I state that each of the records attached hereto is the original record or a true duplicate of the original record in the custody of Facebook, and that I am the custodian of the attached records consisting of _____ (pages/CDs/kilobytes). I further state that:

a.     all records attached to this certificate were made at or near the time of the occurrence of the matter set forth, by, or from information transmitted by, a person with knowledge of those matters;

b.     such records were kept in the ordinary course of a regularly conducted business activity of Facebook and

c.     such records were made by Facebook as a regular practice.

I further state that this certification is intended to satisfy Rule 902(11) of the Federal Rules of Evidence.

_____          _____

Date                                                        Signature