**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In Re Redacted Stored Communications Act, 18 U.S.C. § 2703(a), (c) & (d), Documents Pursuant to Standing Order No. 22-05 (BAH) | **Case No. 26-sc-9999** |

## <u>NOTICE OF FILING REDACTED DOCUMENTS IN RELATION TO 18-sc-01676 UPON CLOSE OF INVESTIGATION</u>

Pursuant to *Matter of Leopold*, D.D.C. Case No. 13-mc-00712, and Standing Order No. 22-05 (BAH), the government provides this Notice of Filing on the unsealed docket of the attached (see Attachment A) "Redacted Docket Materials," in 18-sc-01676, which consist of redacted versions of the following original docket entries:

- Signed Application for Warrant Pursuant to 18 U.S.C. §§ 2703 and 3512

- Signed Warrant

The items listed above constitute all the relevant documents to be unsealed upon the close of this investigation as set out in *Matter of Leopold*, D.D.C. Case No. 13-mc-00712.   In *Matter of Leopold*, D.D.C. Case No. 13-mc-00712, the Court addressed unsealing of several categories of sealed legal process related to closed investigations: "applications for warrants issued pursuant to the Stored Communications Act ('SCA'), 18 U.S.C. § 2703(a), SCA § 2703(d) orders, pen registers and trap and trace ('PR/TT') devices, *see id.* § 3123, and foreign requests for use of these investigative authorities, pursuant to Mutual Legal Assistance Treaties ('MLATs'), *see id.* § 3512(a)(2)(B)–(C), once those matters are closed."   2020 WL 7481037, ECF 69 at *1 (Dec. 17, 2020).   The Court noted that such unsealing could be accomplished by "fil[ing] redacted versions of any documents . . . on a given docket, and then . . . fil[ing] a motion to unseal the case docket

1

indicating the matter is closed and identifying, by filed document number, the unredacted versions

of the government-redacted documents to remain under seal."    *Id*. at *3; *see also id*. at *5

(contemplating a government "motion to unseal, indicating that a case is closed and signaling to

the Clerk's Office to unseal the case," which motion will "identify each docket entry, *i.e.*, ECF

number" to be unsealed, and which should remain sealed).[1]

---

[1]  In connection with such unsealing, the D.C. Circuit noted that "the government and court must
be able to redact documents in order to protect privacy and law enforcement interests," *Matter of
Leopold*, 964 F.3d 1121, 1133 (D.C. Cir. 2020).  Specifically, the Court "ORDERED that the
government redact the following information" from filings to be unsealed:

> (1) individuals' names, except for the name of a judicial officer who has issued an
> order;
> (2) dates of birth;
> (3) Social Security numbers;
> (4) financial account numbers;
> (5) telephone numbers;
> (6) street addresses;
> (7) email account addresses; and
> (8) any other information that directly or indirectly identifies the target of, or
> witness, investigator, informant, or other person of interest in, a criminal
> investigation, and regardless of whether the investigation ultimately resulted in
> criminal charges or a criminal conviction.

*See Matter of Leopold*, D.D.C. Case No. 13-mc-00712, ECF No. 71, slip op. at *15-*16 (Feb. 9,
2021).  In addition, in its *Matter of Leopold* ruling, the D.C. Circuit recognized that sealing – and
thus, by extension, redactions could continue to be appropriate to "protect . . . law enforcement
interests."  964 F.3d at 1133.

2

As these documents are hereby filed on the unsealed docket created for purposes of filings pursuant to *Leopold*, the attached redacted documents are now available to the public.

Respectfully submitted,

VAUGHN A. ARY
DIRECTOR
OFFICE OF INTERNATIONAL AFFAIRS
OK Bar Number 12199

By: _____
Michael Lyness
NJ Bar Number 908452012
Office of International Affairs
Criminal Division, Department of Justice
1301 New York Avenue, N.W., Suite 300
Washington, D.C.   20530
(202) 616-2999 telephone
(202) 514-0080 facsimile
Michael.Lyness@usdoj.gov

3

# ATTACHMENT

# A

*Redacted Docket Materials*

AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

In the Matter of the Search of
*(Briefly describe the property to be searched
or identify the person by name and address)*

████████████ INFORMATION ASSOCIATED WITH ████████████ THAT IS STORED AT

PREMISES CONTROLLED BY ████████████

)
)
)
)
)
)
)

Case No. 1:18-sc-1676
Assigned To: Magistrate Judge G. Michael Harvey
Date Assigned: 5/15/18
Description: Search and Seizure Warrant

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A incorporated herein and included as part of this Application for a Search Warrant.

located in the _____████████████_____ , there is now concealed *(identify the person or describe the property to be seized)*:

certain property, the disclosure of which is governed by Title 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A) and 3512(a) namely contents of electronic data more fully described in Attachment B incorporated herein and included as part of the attached Affidavit.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| | As set forth in the Annex describing the Relevant Provisions of ████████████ |

The application is based on these facts:

See Attached Affidavit and its Attachments in Support of the Search Warrant

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

████████████

*Printed name and title*

Sworn to before me and signed in my presence.

Date: **MAY 15 2018** _____

_____
*Judge's signature*

City and state:  Washington, D.C.

G. Michael Harvey, United States Magistrate Judge
*Printed name and title*

FILED

MAY 1 5 2018

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH ███████ THAT IS STORED AT PREMISES CONTROLLED BY ███████ | Case No. 1:18-sc-1676<br>Assigned To: Magistrate Judge G. Michael Harvey<br>Date Assigned: 5/15/18<br>Description: Search and Seizure Warrant |
|---|---|

## AFFIDAVIT IN SUPPORT OF
## AN APPLICATION FOR A SEARCH WARRANT

I, ███████ being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.      I make this affidavit in support of an application for a search warrant for information associated with a certain account, ███████ that is stored at premises controlled by ███████ an electronic communications services and remote computing services provider headquartered in ███████ The information to be searched is described in the following paragraphs and in Attachment A. This affidavit is made in support of an application for a search warrant under 18 U.S.C. §§ 2703(a), 2703(b)(1)(A), 2703(c)(1)(A), and 3512(a), to require ███████ to disclose to the government copies of the information (including the content of communications) further described in Section I of Attachment B. Upon receipt of the information described in Section I of Attachment B, government-authorized persons will review that information to locate the items described in Section II of Attachment B, using the procedures described in Section III of Attachment B.

2.      The information requested in this search warrant is being sought pursuant to a request for assistance ("Request") from ███████ transmitted to Washington, D.C. in ███████ are conducting

a fraud investigation concerning violations of ████████████████████████ ████████ A copy of the applicable law is appended to this affidavit. This Request is made pursuant to ███████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████ the United States is obligated to render assistance in response to this Request.

3.      I am a Special Agent with the Federal Bureau of Investigation ("FBI"), and have been since ████ I am currently assigned to ███████████████████████ ████████████████ in Washington, D.C. My current duties include responding to requests from foreign governments pursuant to mutual legal assistance treaties, including serving as the affiant on search warrant affidavits, serving search warrants, and reviewing the data received in response thereto for relevance in compliance with the parameters of the search warrants.

4.      During my employment with the FBI, I have conducted investigations related to violent crime, public corruption, domestic terrorism, and international terrorism. I have also managed intelligence matters for a field division and served as a crisis management coordinator. I have coordinated the day-to-day operations of ████████████ Offices throughout ████ and served as the FBI's first ████████████ to ████████████ including oversight of FBI matters at the ████████████████████

5.      The facts set forth in this affidavit are based upon information conveyed to the United States via a request made pursuant to ████████████ by ████████████████ and upon my

2

training and experience. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

6.      Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that violations of the criminal law of ▮▮▮▮ have been committed by the unknown person(s) using ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ There is also probable cause to search the information described in Attachment A for evidence, instrumentalities, contraband or fruits of these crimes further described in Attachment B.

## JURISDICTION

7.      This Court has jurisdiction to issue the requested warrant because it is "a court of competent jurisdiction" as defined by 18 U.S.C. § 2711. *See* 18 U.S.C. § 2703(a), (b)(1)(A) & (c)(1)(A). Specifically, the Court "is acting on a request for foreign assistance pursuant to [18 U.S.C.] section 3512 . . . ." 18 U.S.C. § 2711(3)(A)(iii); *see also* 18 U.S.C. § 3512(a)(2)(B) (court may issue "a warrant or order for contents of stored wire or electronic communications or for records related thereto, as provided under section 2703"), § 3512(c)(3) ("application for execution of a request from a foreign authority under this section may be filed . . . in the District of Columbia").

8.      This application to execute ▮▮▮▮ Request has been approved and duly authorized by an appropriate official of the Department of Justice, through the Office of International Affairs ("OIA").[1] *See* 18 U.S.C. § 3512(a). An OIA attorney has reviewed the Request, as well as the supplemental information provided by ▮▮▮▮ confirmed that it was submitted by ▮▮▮▮▮▮ in connection with a criminal investigation and/or prosecution,

---

[1] The Attorney General, through statutes and regulations, has delegated to the Office of International Affairs the authority to serve as the "Central Authority" or "Competent Authority" under treaties and executive agreements between the United States and other countries pertaining to mutual assistance in criminal matters. *See* 28 C.F.R. §§ 0.64-1, 0.64-4, and Appendix to Subpart K, Directive Nos. 81A and 81B (2013).

and authorized the undersigned to file this application with the assistance of the U.S. Attorney's Office in the District of Columbia.

## PROBABLE CAUSE

9.    ▮▮▮▮▮▮▮▮ are investigating an unknown suspect(s) for offenses of fraud that occurred between and including ▮▮▮▮▮▮▮ to ▮▮▮▮▮▮▮ in violation of the ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

10.    In ▮▮▮▮▮▮ the victim, a ▮▮▮ citizen, found a ▮▮▮▮▮▮▮ for sale on the ▮▮▮▮▮▮▮ After negotiating the price, the victim agreed to pay ▮▮▮ for the ▮▮▮ in three installments. The seller told the victim that ▮▮▮ was currently in ▮▮▮ From ▮▮▮▮▮▮, to ▮▮▮▮▮▮, the victim paid the entire amount of ▮▮▮ into a bank account that was opened in ▮▮▮ The account was allegedly opened by a ▮▮▮▮▮▮▮ but was in fact opened by another individual.

11.    The victim was instructed to and did, contact the seller via ▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ The victim was also give two telephone numbers that the victim could use to contact the seller. After remitting full payment to the seller into his purported bank account, the victim never received ▮▮▮ The company -- from which the seller purported to be selling ▮▮▮ -- was determined to be inactive and never made an offer to sell ▮▮▮ In fact, the address from which the company was supposed to operate was actually a ▮▮▮▮▮▮▮

12.    Both ▮▮▮▮▮▮▮▮ conducted investigations into this case and discovered a fraudulent scheme in which individuals were paid to open two bank accounts (one in ▮▮▮▮▮▮ and one in either ▮▮▮▮▮▮ in their own names. Once the accounts were opened, the paid individuals gave the subject the bank-account information and access. The money

4

from this fraudulent ███████ scheme was moved through these bank accounts.  The total amount of funds received from the fraudulent scheme is estimated to be approximately ████████████ (which is roughly equivalent to ████████████  The fraudulent funds that were paid into the instant account (purportedly belonging to ██████████ constituted approximately ████████ (or approximately ██████████ and was operating from, on, or about ████████████ to ██████████

## BACKGROUND ON ███████████

13.    In my training and experience, I have learned that ██████████████ provides a variety of online services, including ████████ access, to the public.  ██████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

In my training and experience, such information may constitute evidence of the crimes under investigation because the information can be used to identify the account's user or users.

14.    ████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

In my training and experience, evidence of who was using ████████ account may be found in

5

███████████████████████████████████████████████████

████████████████

15.    In my training and experience, ████████████████ generally ask their subscribers to provide certain personal identifying information when registering for ████████████ Such information can include the subscriber's full name, physical address, telephone numbers and other identifiers. ███████████████████████████████████████████
███████████████████████████████ In my training and experience, such information may constitute evidence of the crimes under investigation because the information can be used to identify the account's user or users.  Based on my training and experience, I know that even if subscribers insert false information to conceal their identity, I know that this information often nevertheless provides clues to their identity, location, or illicit activities.

16.    In my training and experience, ████████████████ typically retain certain transactional information about the creation and use of each account on their systems.  This information can include the date on which the account was created, the length of service, records of log-in (*i.e.*, session) times and durations, the types of service utilized, the status of the account (including whether the account is inactive or closed), the methods used to connect to the account (such as logging into the account via the provider's website), and other log files that reflect usage of the account.  In addition, ████████████████ often have records of the Internet Protocol address ("IP address") used to register the account and the IP addresses associated with particular log-ins to the account.  Because every device that connects to the Internet must use an IP address, IP address information can help to identify which computers or other devices were used to access the

████████████████

6

17.    In my training and experience, in some cases, ███████████████ will communicate directly with an ████████████████ about issues relating to the account, such as technical problems, billing inquiries, or complaints from other users. ███████████████ typically retain records about such communications, including records of contacts between the user and the provider's support services, as well as records of any actions taken by the provider or user as a result of the communications. In my training and experience, such information may constitute evidence of the crimes under investigation because the information can be used to identify the account's user or users.

18.    As explained herein, information stored in connection with ████████ account may provide crucial evidence of the "who, what, why, when, where, and how" of the criminal conduct under investigation, thus enabling the investigating officials to establish and prove each offense-element, or, alternatively, to exclude the innocent from further suspicion. From my training and experience, I know that the information stored in connection with ████████ account can indicate who has used or controlled the account. This "user attribution" evidence is analogous to the search for "indicia of occupancy" while executing a search warrant at a residence. For example, ████████

████████████████████████████████████████████████████

████████████ may indicate who used or controlled the account at a relevant time. Further,

████████████████████████████████████████████████████

or used. For example, ████████████ typically log the IP addresses from which users access the ████████████ along with the time and date. By determining the physical location associated with the logged IP addresses, investigators can understand the chronological and geographic context of ████████████ access and use relating to the criminal activity under investigation. This geographic and timeline information may tend to either inculpate or exculpate the account owner.

7

Additionally, information stored at the user's account may further indicate the geographic location of the account user at a particular time ███████████████████████ ███████████████████ Finally, stored electronic data may provide relevant insight into ████████ account owner's state of mind as it relates to the offense under investigation. For example, information in ███████████████ may indicate the owner's motive and intent to commit a crime (*e.g.*, communications relating to the crime), or consciousness of guilt (*e.g.*, deleting communications in an effort to conceal them from law enforcement).

## CONCLUSION

19.     Based on the forgoing, I request that the Court issue the proposed search warrant. Pursuant to 18 U.S.C. § 2703(g), the presence of a law enforcement officer is not required for the service or execution of this warrant. Because the warrant will be served on ███████████████ who will then compile the requested records at a time convenient to it, there exists reasonable cause to permit the execution of the requested warrant at any time in the day or night.

Respectfully submitted,

███████████████████████████████

Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me on _____ MAY 15 _____, 2018

G. Michael Harvey
UNITED STATES MAGISTRATE JUDGE

8

## Annex

**Relevant Provisions**

AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>INFORMATION ASSOCIATED WITH ▮▮▮▮▮ THAT IS STORED<br>AT PREMISES CONTROLLED BY ▮▮▮▮▮ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. 1:18-sc-1676
Assigned To: Magistrate Judge G. Michael Harvey
Date Assigned: 5/15/18
Description: Search and Seizure Warrant

## SEARCH AND SEIZURE WARRANT

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ▮▮▮▮▮
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A incorporated herein and included as part of this Search Warrant.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

certain property, the disclosure of which is governed by Title 18 U.S.C. §§ 2703(a), 2703(b)(1)(A), 2703(c)(1)(A) and 3512(a) namely contents of electronic data more fully described in Attachment B incorporated herein and included as part of the Affidavit.

**YOU ARE COMMANDED** to execute this warrant on or before  *MAy 29, 2018*  *(not to exceed 14 days)*

☐ in the daytime 6:00 a.m. to 10:00 p.m.      ☒ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to      Magistrate Judge G. Michael Harvey      .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*

☐ for _____ days *(not to exceed 30)*      ☐ until, the facts justifying, the later specific date of _____

Date and time issued:      MAY 15 2018 / 12:00PM .

City and state:      Washington, D.C.                    G. Michael Harvey, United States Magistrate Judge
                                                          *Printed name and title*

## ATTACHMENT A
### Property to Be Searched

This warrant applies to information associated with ███████████████████████ that is stored at premises controlled by ███████████ ████ a company that accepts service of legal process at ████████████████████ in ████████████████.

## ATTACHMENT B

### Particular Things to be Seized and Procedures
### to Facilitate Execution of the Warrant

I.    **Information to be disclosed by** ███████████ **(the "Provider") to facilitate execution of the warrant**

To the extent that the information described in Attachment A is within the possession, custody, or control of the Provider, including any e-mails, records, files, logs, or information that has been deleted but is still available to the Provider, or has been preserved, the Provider is required to disclose the following information to the government for each account or identifier listed in Attachment A ("the Accounts"):

a.    The contents of all ██████ or other messages associated with the Accounts, dating from ███████████ to and including ███████████ including stored or preserved copies ███████████ messages sent to and from the Accounts, ███████████

███████████████████████████

███████████████████████

b.    All records or other information regarding the identification of the Accounts, to include full name, physical address, telephone numbers and other identifiers, records of session times and durations, the date on which the Accounts was created, the length of service, the IP address used to register the Accounts, log-in IP addresses associated with session times and dates, account status, alternative e-mail addresses provided during registration, methods of connecting, log files, and means and source of payment (including any credit or bank account number);

c.    The types of service utilized;

d.    All records or other information dating from ▮▮▮▮▮▮▮▮▮ to and including ▮▮▮▮▮▮▮ including ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮

e.    All records pertaining to communications between the Provider and any person regarding the Accounts, including contacts with support services and records of actions taken.

The Provider shall deliver the information set forth above via United States mail or courier to: ▮▮▮▮▮▮ Federal Bureau of Investigation, J. Edgar Hoover Building, ▮▮▮▮▮▮ Pennsylvania Ave., NW, Washington D.C. 20535-0001; Or, ▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮

2

## II.     Information to be seized by the government

All information described above in Section I that constitutes fruits, contraband, evidence and instrumentalities of violations of criminal laws of ███████████████████████████████ ██████████████████████ including, for each account or identifier listed on Attachment A, information pertaining to the following matters:

(a)     ████████████████████████████████████████████████ or communications of any kind (i) between the Accounts and the Victim, (ii) to or from the Accounts containing the Victim's name, (iii) regarding the request for funds, the receipt of funds, or the promise to repay funds, or (iv) related to the preparation or execution of the fraudulent scheme, including but not limited to discussions of the scheme and the funds and creation and use of any bank accounts related to the scheme.

(b)     Evidence indicating how and when the Accounts was accessed or used, to determine the geographic and chronological context of account access, use, and events relating to the crime under investigation and to the Accounts' owner;

(c)     Evidence indicating the Accounts' owners' state of mind as it relates to the criminal activity under investigation;

(d)     The identity of the person(s) who created or used the ████████ including records that help reveal the whereabouts of such person(s); and

(e)     Identification of coconspirators, accomplices, and aiders and abettors in the commission of the above offenses.

3

### III.    Government procedures for warrant execution

The United States government will conduct a search of the information produced by the Provider and determine which information is within the scope of the information to be seized specified in Section II. That information that is within the scope of Section II may be copied and retained by the United States and shared with appropriate foreign authorities.

Law enforcement personnel will then seal any information from the Provider that does not fall within the scope of Section II and will not further review the information absent an order of the Court.

4