**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In Re Redacted Stored Communications Act, 18 U.S.C. § 2703(a), (c) & (d), Documents Pursuant to Standing Order No. 22-05 (BAH) | **Case No. 26-sc-9999** |

**NOTICE OF FILING REDACTED DOCUMENTS IN RELATION TO 25-sc-376 UPON CLOSE OF INVESTIGATION**

Pursuant to *Matter of Leopold*, D.D.C. Case No. 13-mc-00712, and Standing Order No. 22-05 (BAH), the government provides this Notice of Filing on the unsealed docket of the attached (see Attachment A) "Redacted Docket Materials," in 25-sc-376, which consist of redacted versions of the following original docket entry:

- Signed Warrant Packet (Original ECF Dkt. No. 3)

Standing Order No. 22-05 (BAH) (the "Standing Order") specifies a uniform process for the public docketing of unsealed, redacted applications for warrants and orders filed by the United States Attorney's Office for the District of Columbia and components of the U.S. Department of Justice pursuant to the Stored Communications Act ("SCA"), 18 U.S.C. §§ 2703(a), (c) & (d); the Pen Register Act ("PRA"), 18 U.S.C. § 3123; such SCA and PRA records prompted by the request of foreign governments under Mutual Legal Assistance Treaties and agreements ("MLATs"), 18 U.S.C. § 3512; and related materials (collectively, "Subject Criminal Investigative Records").

The Standing Order directs the Clerk of the Court to establish publicly available master dockets for each category of judicial record covered in the Standing Order, including the above-captioned master docket for SCA materials unsealed in 2025.

The Standing Order further specifies that "the government, upon the closing of a criminal

investigation involving Subject Criminal Investigative Records, shall prepare redacted versions of such Records, which shall be collated and attached as a single filing" to a notice of filing. The Standing Order further specifies that the notice "with the attached redacted judicial records shall be filed in the appropriate master docket as promptly as practicable after the closing of an investigation."[1] Accordingly, the items included in Attachment A to this notice constitute the relevant documents to be unsealed upon the close of the investigation specified above.

Respectfully submitted,

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

By: */s/ Brendan M. Horan*
Brendan M. Horan
Special Assistant United States Attorney
601 D Street Northwest
Washington, D.C. 20530
(202) 730-6871
Brendan.Horan@usdoj.gov

[1] Consistent with the D.C. Circuit's recognition that "the government and court must be able to redact documents in order to protect privacy and law enforcement interests," *Matter of Leopold*, 964 F.3d 1121, 1133 (D.C. Cir. 2020), the District Court has ordered the government the redact the following information:

(1) individuals' names, except for the name of a judicial officer who has issued an order;
(2) dates of birth;
(3) Social Security numbers;
(4) financial account numbers;
(5) telephone numbers;
(6) street addresses;
(7) email account addresses; and
(8) any other information that directly or indirectly identifies the target of, or witness, investigator, informant, or other person of interest in, a criminal investigation, and regardless of whether the investigation ultimately resulted in criminal charges or a criminal conviction.

*Matter of Leopold*, D.D.C. Case No. 13-mc-00712, ECF No. 71, slip op. at *15-*16 (Feb. 9, 2021).