AO 106A (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT

for the

District of Columbia

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*
INFORMATION ASSOCIATED WITH ONE ACCOUNT STORED AT PREMISES CONTROLLED BY ONE PROVIDER PURSUANT TO 18 U.S.C. 2703 FOR INVESTIGATION OF VIOLATION OF 40 U.S.C. § 5104(e)(1)(A)

Case No. 25-SC-376

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*

See Attachment A (incorporated by reference)

Located within the jurisdiction of the District of Columbia, there is now concealed *(identify the person or describe the property to be seized):*

See Attachment B (incorporated by reference)

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☐ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

*Code Section* *Offense Description*

40 U.S.C. § 5104(e)(1)(A) (Carrying a Firearm, Dangerous Weapon, Explosive, or Incendiary Device on the Grounds of the U.S. Capitol) ;
18 U.S.C. § 351(c) (Attempt to Assassinate a Cabinet Member Nominee) ;
26 U.S.C. § 5861 (Unlawful Receipt, Possession, and/or Transfer of a Firearm).

The application is based on these facts:

See Affidavit in Support of Application for Search Warrant.

☐ Continued on the attached sheet.

☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* [redacted] ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet

*Applicant's signature*

[redacted]

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Telephone *(specify reliable electronic means)*.

Date: 3/10/2025

*Judge's signature*

City and state: Washington, D.C.

G. Michael Harvey
(United States Magistrate Judge)

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means ☑ Original ☐ Duplicate Original

# UNITED STATES DISTRICT COURT

for the

District of Columbia

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*
INFORMATION ASSOCIATED WITH ONE ACCOUNT STORED AT PREMISES CONTROLLED BY ONE PROVIDER PURSUANT TO 18 U.S.C. 2703 FOR INVESTIGATION OF VIOLATION OF 40 U.S.C. § 5104(e)(1)(A)

Case No. 25-SC-376

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located within the jurisdiction of the District of Columbia.
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A (incorporated by reference).

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B (incorporated by reference).

**YOU ARE COMMANDED** to execute this warrant on or before March 23, 2025 *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m. ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to G. Michael Harvey.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of ____________.

Date and time issued: 3/10/2025

*Judge's signature*

City and state: Washington, D.C.

G. Michael Harvey
United States Magistrate Judge

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

## Return

| Case No.: 25-SC-376 | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| Inventory made in the presence of : | | |

Inventory of the property taken and name(s) of any person(s) seized:

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: ______________

______________________________
*Executing officer's signature*

______________________________
*Printed name and title*

**ATTACHMENT A**
**Property to Be Searched**

This warrant applies to information which is associated with the Reddit, Inc. account identified by username [redacted] (the "TARGET ACCOUNT"), and which is stored at premises owned, maintained, controlled, or operated by Reddit, Inc., a company that is headquartered and accepts service of legal process at 548 Market Street, #16093, San Francisco, CA 94104-5401.

# ATTACHMENT B

## Particular Things to be Seized and Procedures to Facilitate Execution of the Warrant

## I. Information to be disclosed by Reddit, Inc. ("Reddit" or "PROVIDER") to facilitate execution of the warrant

To the extent that the information described in Attachment A is within the possession, custody, or control of Reddit, regardless of whether such information is located within or outside of the United States, including any messages, records, files, logs, or information that have been deleted but are still available to Reddit , or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Reddit is required to disclose the following information to the government for the TARGET ACCOUNT listed in Attachment A from November 1, 2024 to [redacted] 2025:

A. All activity logs for the TARGET ACCOUNT and all other documents showing the user's posts, comments, and other Reddit activities;

B. All photos, videos, or links uploaded by the TARGET ACCOUNT user and all photos, videos, and links uploaded by any user that have the TARGET ACCOUNT user tagged in them;

C. All records or other information regarding the identification of the TARGET ACCOUNT, to include full name, physical address, telephone numbers and other identifiers, records of session times and durations, the date on which the TARGET ACCOUNT was created, the length of service, the IP address used to register the account, log-in IP addresses associated with session times and dates, account status, alternative email addresses provided during registration, methods of connecting, log files, and means and source of payment (including any credit or bank account number);

D. The contents of all messages and communications made or received by the TARGET ACCOUNT, including stored or preserved copies of messages sent to and from the user, private messages, direct messages, draft messages, chat history, including original posts or comments the user is responding to, the source and destination addresses associated with each message, the date and time at which each message was sent, and the size and length of each message;

E. All "check ins" and other location information such as information collected by Reddit pertaining to the specific location of mobile device(s) connected to the TARGET ACCOUNT (including information collected from Global Positioning System or Bluetooth technologies), location information collected by Reddit when

the user shares information on Reddit and associates the content with a location, and information derived by Reddit about the user's approximate location from other sources, such as IP addresses;

F. All records of the TARGET ACCOUNT's usage of the "vote" feature, including all posts and all comments and content that the user has upvoted or downvoted;

G. All information regarding the Subreddit pages that the user was interacting with;

H. All past and present lists of friends created by the TARGET ACCOUNT;

I. All records showing accounts that have blocked the user or the TARGET ACCOUNT;

J. All records of Reddit searches performed by the TARGET ACCOUNT;

K. All records of the user's interactions with Reddit communities, including subscriptions or moderator status;

L. The types of services utilized by the user;

M. All privacy settings and other account settings, including privacy settings for individual Reddit posts and activities, and all records showing which Reddit users have been blocked by the TARGET ACCOUNT;

N. All records concerning reported activity by the user or user account, including content of reported posts, comments, photos, or other content, and the subscriber information for the user/account that reported the activity;

O. All records pertaining to communications between Reddit and any person regarding the user or the TARGET ACCOUNT, including contacts with support services and records of actions taken;

P. All past and current usernames, account passwords, and names associated with the **TARGET ACCOUNT**;

Q. Any information identifying the device or devices used to access the TARGET ACCOUNT, including a device serial number, a GUID or Global Unique Identifier, Android ID, a phone number, serial numbers, MAC addresses, Electronic Serial Numbers ("ESN"), Mobile Electronic Identity Numbers ("MEIN"), Mobile Equipment Identifiers ("MEID"), Mobile Identification Numbers ("MIN"), Subscriber Identity Modules ("SIM"), Mobile Subscriber Integrated Services Digital Network Number ("MSISDN"), International Mobile Subscriber Identifiers ("IMSI"), or International Mobile Equipment Identities ("IMEI"), and any other information regarding the types of devices used to access the account;

R. Advertising and Device Data: All advertising data relating to the account, including, but not limited to, advertising cookies, information regarding unique advertising IDs associated with the user, any devices used to access the account, Android IDs, application IDs, UDIDs, payment information (including, but not limited to, full credit card numbers and expiration dates and PayPal accounts), ads clicked, and ads created;

S. Linked Accounts: All accounts linked to the TARGET ACCOUNT (including where linked by machine cookie or other cookie, creation or login IP address, recovery email or phone number, AOL account ID, Android ID, Google ID, SMS, Apple ID, or otherwise);

T. For accounts linked by cookie, the date(s) on which they shared a cookie;

U. For accounts linked by SMS number, information regarding whether the numbers were verified; and

V. For all linked accounts, basic subscriber information for the linked account—i.e., full name, email address (including any secondary or recovery email addresses), physical address (including city, state, and zip code), local and long distance telephone connection records, records of session times and durations, length of service (including start date) and types of service utilized, telephone or instrument number or other subscriber number or identity (including any temporarily assigned network address), and any means or source of payment.

Within 14 days of the issuance of this warrant, Reddit shall deliver the information set forth above to:

[redacted]

**II. Information to be seized by the government**

All information described above in Section I that constitutes fruits, contraband, evidence and instrumentalities of violations of Title 40, United States Code, 5104(e)(1)(A) (Carrying a Firearm, Dangerous Weapon, Explosive, or Incendiary Device on the Grounds of the U.S. Capitol), Title 18, United States Code, 351(c) (Attempt to Assassinate a Cabinet Member Nominee), and Title 26, United States Code, 5861 (Unlawful Receipt, Possession, and/or Transfer of a Firearm) (the "TARGET OFFENSES") as described in the affidavit submitted in support of this Warrant, including, for each Account, information pertaining to the following matters, from November 1, 2024 to [redacted] 2025:

(a) Evidence relating to the TARGET OFFENSES, including but not limited to preparatory steps in furtherance of the TARGET OFFENSES and steps taken to avoid detection of the commission of the TARGET OFFENSES (including research concerning the TARGET OFFENSES committed during the above-described time-period and evidence of planning the TARGET OFFENSES); evidence of the location of [redacted] at the time of the commission of the TARGET OFFENSES; evidence of possession or procurement of destructive devices and destructive device components; evidence of possession or procurement of other items used in the commission of the TARGET OFFENSES.

(b) The identity of the user(s) of the account, including (but not limited to) names, the location of the user, passwords, login IP addresses, session times and durations, and email communications with other internet accounts (whether email, domain,

or any other) under the control of the user(s);

(c) Evidence indicating how and when the account was accessed or used, to determine the geographic and chronological context of account access, use, and events relating to the crimes under investigation and to the account users;

(d) Evidence indicating the account user's state of mind as it relates to the crimes under investigation;

(e) The identity of any person(s) who communicated with the user of the account about matters relating to the crimes under investigation, including records that help reveal their whereabouts;

(f) Motive(s) for the criminal TARGET OFFENSES.

## III. Government procedures for warrant execution

The United States government will conduct a search of the information produced by the PROVIDER and determine which information is within the scope of the information to be seized specified in Section II. That information that is within the scope of Section II may be copied and retained by the United States.

Law enforcement personnel will then seal any information from the PROVIDER that does not fall within the scope of Section II and will not further review the information absent an order of the Court. Such sealed information may include retaining a digital copy of all information received pursuant to the warrant to be used for authentication at trial, as needed.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH ONE ACCOUNT STORED AT PREMISES CONTROLLED BY ONE PROVIDER PURSUANT TO 18 U.S.C. 2703 FOR INVESTIGATION OF VIOLATION OF 40 U.S.C. § 5104(e)(1)(A)** | **SC No. 25-376**<br><br>**Filed Under Seal** |

***Reference:*** [redacted]

**AFFIDAVIT IN SUPPORT OF**
**AN APPLICATION FOR A SEARCH WARRANT**

I, [redacted], being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1. I make this affidavit in support of an application for a search warrant for information which is associated with one account – that is, [redacted] ("TARGET ACCOUNT") – which is stored at premises controlled by Reddit, Inc. ("PROVIDER"), an electronic communications services provider and/or remote computing services provider which is headquartered at / which accepts service at 548 Market Street, #16093, San Francisco, CA 94104-5401. The information to be searched is described in the following paragraphs and in Attachment A. This affidavit is made in support of an application for a search warrant under 18 U.S.C. §§ 2703(a), 2703(b)(1)(A), and 2703(c)(1)(A) to require PROVIDER to disclose to the government copies of the information (including the content of communications) further described in Section I of Attachment B. Upon receipt of the information described in Section I of Attachment B,

government-authorized persons will review that information to locate the items described in Section II of Attachment B, using the procedures described in Section III of Attachment B.

2. I am a Special Agent ("SA") with the United States Capitol Police ("USCP"). I have been employed by the United States Capitol Police since [redacted] I am currently assigned as a Special Agent in the Criminal Investigations Section where I investigate a multitude of violations of the law.

3. [redacted]. As such, I am an "investigative or law enforcement officer" of the United States within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Section 2516 of Title 18, United States Code. My experience as an SA has included the investigations of cases involving the unlawful use and possession of firearms, acts of violence, public disturbance, damage or injury of property and the use of computers and the internet to commit offences.

4. I am currently investigating [redacted] (the "SUBJECT") for Carrying a Firearm, Dangerous Weapon, Explosive, or Incendiary Device on the Grounds of the Capitol, in violation of Title 40 United States Code § 5104, Attempted Assassination of a Person Nominated to be the Head of an Executive Branch of the Government, in violation of Title 18 United States

Code § 351, and Unlawful Receipt, Possession, and/or Transfer of a Firearm, in violation of Title 26 United States Code § 5861 ("TARGET OFFENSES").

5. This affidavit is being submitted in support of an application for a warrant to search the SUBJECT's Reddit account, as described in Attachment A, because there is probable cause to believe that it contains evidence, fruits, and instrumentalities of the crimes listed above, as described in Attachment B. During a custodial interview with the SUBJECT on [redacted] the SUBJECT discussed her thoughts and actions leading up to her arrival on the U.S. Capitol grounds that day, and she specifically mentioned reading Reddit posts.

6. The facts in this affidavit come from my personal observations and review of records, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is probable cause for the requested search warrant and does not set forth all of my knowledge about this matter.

7. Based on my training and experience and the facts as set forth in this affidavit, I respectfully submit that there is probable cause to believe that violations of 40 U.S.C. § 5104, 18 U.S.C. § 351, and 26 U.S.C. § 5861 have been committed by the SUBJECT. There is also probable cause to search the information described in Attachment A for evidence, instrumentalities, contraband or fruits of these crimes further described in Attachment B.

## **JURISDICTION**

8. This Court has jurisdiction to issue the requested warrant because it is a "court of competent jurisdiction" as defined by 18 U.S.C. § 2711. 18 U.S.C. §§ 2703(a), (b)(1)(A), and (c)(1)(A). Specifically, the Court is "a district court of the United States . . . that – has jurisdiction over the offense being investigated." 18 U.S.C. § 2711(3)(A)(i). As discussed more fully below,

acts or omissions in furtherance of the offenses under investigation occurred within Washington, D.C. *See* 18 U.S.C. § 3237.

**PROBABLE CAUSE**

9. The U.S. Capitol Police ("USCP"), along with the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF") and the Federal Bureau of Investigation ("FBI"), are investigating potential violations of 40 U.S.C. § 5104, 18 U.S.C. § 351, and 26 U.S.C. § 5861 that occurred in Washington, D.C. on [redacted]. Specifically, your affiant believes that the SUBJECT may have committed the TARGET OFFENSES on the U.S. Capitol grounds on [redacted]. Based on statements made by the SUBJECT during a custodial interview on [redacted], there is probable cause to search the TARGET ACCOUNT described in Attachment A for the things described in Attachment B.

10. During a custodial interview with law enforcement officers on [redacted], the SUBJECT admitted to planning a trip to Washington, D.C. about one month ago from [redacted] where she resides. The SUBJECT bought an atlas with cash, to avoid any tracing of the transaction. When the SUBJECT went to purchase the atlas, the SUBJECT also wore clothes to conceal her appearance and left any cell phone at home to avoid surveillance. The SUBJECT purchased the atlas to navigate to Washington, D.C., given that the SUBJECT knew she would not bring a phone with GPS capability with her on her trip to Washington, D.C. A photo of the atlas found in the SUBJECT's car is depicted below.




***A photo of an atlas recovered from SUBJECT's vehicle***

11. As stated to law enforcement officers in the custodial interview, on [redacted], the SUBJECT left [redacted] where the SUBJECT resides, to travel to Washington, D.C. As planned, the SUBJECT purposefully left her mobile phone at the her home in [redacted] so that the SUBJECT's travel and whereabouts could not be surveilled. The SUBJECT then traveled to Washington, D.C. with the intention of killing the [redacted] The SUBJECT explained that these actions were specifically to "depose" these political offices and send a message. On the evening of [redacted] the SUBJECT stayed overnight at a rest stop somewhere in New Jersey.

12. On the SUBJECT's way to Washington, D.C., the SUBJECT stopped at a library in Chevy Chase, Maryland, observed Reddit posts mentioning the confirmation hearings of the [redacted] and altered the SUBJECT's target. Specifically, the Defendant mentioned a Reddit post in which the [redacted] The Defendant further described the Reddit post and her reaction: "he said it with a smile on his face

and that got under my skin…and this is how I decide who deserves to live and die right? Because I don't get to make that decision, but it's as if they're making it for themself."

13. During the custodial interview, the SUBJECT stated that she "ha[d] a Reddit for painting and funny dogs" but that, from "the popular page" on Reddit, she "would kind of like lowkey look through that stuff to come to me so that way it wasn't suspicious at all and I could kind of stay in the know without appearing so politically inclined or whatever."

14. On the SUBJECT's way to Washington, D.C., she also purchased alcohol bottles for the intended purpose of constructing a destructive device. Originally, the SUBJECT's thoughts were to use the small bottles of vodka to start fires. Later, the SUBJECT's plan was to wrap the bottles in rags soaked in alcohol, light the rags, and throw the devices at her target's feet.

15. On [redacted] the SUBJECT arrived on the U.S. Capitol Grounds. From [redacted] the SUBJECT walked loops around the grounds of the U.S. Capitol, scouting and surveilling the grounds. According to the SUBJECT's statements during the custodial interview, the SUBJECT surmised that the SUBJECT would have to kill, "at least," three U.S. Capitol Police Officers to get to the nominee and kill him. The SUBJECT recognized that these actions were likely to put the SUBJECT in grave danger and expressed acceptance and content with the possibility of suicide by cop.

16. At approximately [redacted], the SUBJECT approached a Capitol Police Officer (hereinafter "CPO-1") and stated "I'd like to turn myself in." The SUBJECT further admitted to being in possession of multiple knives and what the SUBJECT referred to as two "Molotov Cocktails".

17. The SUBJECT was detained and searched by CPO-1 and another Capitol Police Officer (CPO-2). While being searched, the SUBJECT stated "I've got a knife in my pocket, and Molotovs in my jacket." The search of the SUBJECT uncovered a folding knife in the front right pants' pocket, as well as two destructive devices from the inside pockets of a jacket. The destructive devices were constructed of 50 milliliter bottles of Absolut brand vodka with a grey cloth affixed to its top. A green BIC brand lighter was also recovered from the SUBJECT's pants' pocket.

18. While being searched, the SUBJECT stated that the bottle contained "Vodka, hand sanitizer on the rag, and a lighter." When asked, "Is that really a Molotov cocktail?", the SUBJECT responded, "Well, it works." Shortly thereafter, the SUBJECT declared that she went to the Capitol that day to kill the nominee:

Q. What are you doing here today?
A. I was going to kill [redacted]
Q. Kill [redacted]
A. Yes, sir.

19. The SUBJECT's car was located [redacted] A law enforcement officer asked whether the SUBJECT left anything on the ground when walking from the car to the U.S. Capitol. The SUBJECT responded, "No. I don't want to hurt anyone . . . I don't want to hurt people. That's why I turned myself in." Law enforcement officers searched the SUBJECT's car for additional destructive devices. The search uncovered a 750 milliliter bottle of Smirnoff 100 proof vodka and a grey sweatshirt with cloth cut from the sleeves. The cloth of this sweatshirt was consistent with the cloth affixed to the destructive devices. In the initial moments after her arrest, the SUBJECT stated she left the larger bottle of vodka in her car because it "looked dumb in my jacket, so I got the smaller ones."

20. During a search of the SUBJECT's person prior to transport, law enforcement officers recovered a receipt in the SUBJECT's back left pants' pocket. On the back of the receipt was written:




***A photo of a hand-written note found in SUBJECT's pocket***

21. Additionally, as depicted below, the words "NO FUTURE NO CHOICE" were hand-written on the SUBJECT's arm.




***A photo of the SUBJECT's arms***

22. During the custodial interview on [redacted] the SUBJECT discussed what brought her to Washington, D.C. The SUBJECT told officers "pretty much the words on my arms say everything." The SUBJECT also informed officers that she had a congenital heart defect, and only had four months to live. Regarding her intent and plans for traveling to Washington, D.C. that day, the SUBJECT told officers:

- "I'd been thinking about this for a while, not this specifically I'd just been thinking about doing good and being good."

- "I didn't have a plan when I came down here. I've been wanting to devote my life… I've always wanted to live for other people… My life doesn't mean anything anymore the only thing I can do is help other people."

- "I didn't have a plan in my mind. I felt like I had to do this. I felt like I was on a mission . . . Maybe I told myself to have faith and just see where this goes and I had been thinking about for this for a while because of [redacted]. I have seen the response to that and that situation . . . It was not an everyday thing and it extremely shook up everything. I pushed that away because I was thinking like that is so stupid, that accomplishes nothing, that poor kid just threw his life away for like a minute of vengeance. Vengeance is bullshit, no

one feels good about that. I cannot see an average, ordinary person hurting someone else and feeling good about it and I know that's extremely naive, especially how he did it. It's some guy he never met before, he shot him in the back of the head- you can't feel proud about that. He's probably questioning his humanity every single day. But as time goes on and as time went on, I started to understand things differently in my own personal situation, not regarding Luigi, regarding mainly the foremost thing is time—the feeling of running out of time, but of holy shit it's me . . . I don't think I'm the Messiah or anything . . . It's fate, it's destiny, it's whatever you want to call it."

- "So when you ask me what my plans were today, I really did not have any. For a while I've been thinking about doing everything I can to live for others… I just want to help and to take care of my friends before myself. I don't have the money to flee the country... I have been talking to my friends very recently about 'hey I really believe it's time to get out of the country and everything'. The thought of violence didn't occur to me until fairly recently and the thought of 'Holy shit it's me, it's my role unfortunately' not that there is a role and then it's me it's that I have a role and unfortunately it's violence. That's very important, it's the other way around."

23. As stated in the custodial interview, the SUBJECT purchased an atlas about a month ago and started formulating a plan. Once the SUBJECT started driving to Washington, D.C., the SUBJECT "was making all of these plans in my head of what I could do", including:

- "I was planning on burning down [a Washington, D.C.-based think tank], which is near the White House. I was planning on getting there, asking and pretending . . . I was going to go there under the guise of I applied for an internship . . . I was going to go to the [think tank], tell them what they wanted to hear, and basically say that I was, 'oh I was emailing with [Individual-1] for a while, oh it must have been a scam, oh that's so unfortunate' and introduce myself . . . I was just thinking of ways to meet [Individual-1], so I could kill [Individual-1] with . . . I was going to just slit [Individual-1's] throat because it was for revenge . . . I was going to go and do that, and if not that I was planning on burning down the building."

- "I was making all of these plans in my head of what I could do. If all else fails, I was going to slit my wrists on the White House steps. Just because that's all you can do if you can't hurt anyone else and you're out of options and you're out of time and you need to have an outlet and you need to show people how serious it is and you need to make one big dramatic fucking thing."

- "So, that's what I was going to do. I was gonna hurt big players. I really had such faith, that I was expecting to bump into someone who I would recognize and go for it. I was thinking, [redacted] in LA right now for the fires, maybe I'll catch him on the way back, ram my car into him and just drive my knife into him and then just die in the process."

- "My thoughts and you know whatever, super incriminating stuff, SCOTUS, the Senate, running into [redacted] and also like if all else were to fail, I could stake it out and just kind of like stay there like in the area and figure out what I wanted to do, whether it took days or weeks because I was kind of stuck there at that point."

24. [redacted].

25. Your affiant believes that November 1, 2024 to [redacted] 2025 is a reasonable time period for which to seek records from the SUBJECT's Reddit account because, during the SUBJECT's custodial interview, the SUBJECT: stated that she purchased a road atlas from Staples to navigate to Washington, D.C. "maybe a month to two months" prior; described the news reporting on [redacted] (which began [redacted] as influencing her actions on [redacted]; described that her actions on [redacted] were related to her having "been feeling completely empty" since [redacted]" when she last saw her late fiancé; and further described how those feelings worsened to "feeling doomed" since the November election.

26. On January 31, 2025, United States Magistrate Judge Katherine A. Robertson of the U.S. District Court for the District of Massachusetts authorized issuance of a search warrant for the SUBJECT'S cell phone. Pursuant to returns from that search warrant, your affiant observed a log listing accounts, usernames, and passwords on the SUBJECT'S cell phone. Those records included a Reddit username of [redacted], the TARGET ACCOUNT.

27. Your affiant viewed the TARGET ACCOUNT on Reddit, and observed the TARGET ACCOUNT had a profile picture or avatar that included cartoon figures. Your affiant observed images of similar cartoon figures on the TARGET'S cell phone. When viewing the TARGET ACCOUNT on Reddit, your affiant also observed that the TARGET ACCOUNT had a "Joined Reddit" achievement dated March 19, 2024. Based on your Affiant's understanding of how Reddit operates, this indicates that the TARGET ACCOUNT joined Reddit on March 19, 2024.

## BACKGROUND CONCERNING PROVIDER'S ACCOUNTS[1]

28. Reddit, Inc. is the provider of the internet-based Reddit account identified by [redacted] (the "TARGET ACCOUNT").

29. Reddit, Inc. is a United States company and a provider of an electronic communications service as defined by 18 U.S.C. §§ 3127(1) and 2510.

30. Reddit owns and operates a free social news platform of the same name that can be accessed at http://www.reddit.com or through its mobile applications, such as Reddit for Android and Reddit for iOS.

[1] The information in this section is based in part on information published by Reddit on its website, including, but not limited to, the following webpages: "Guideline for Law Enforcement," https://redditinc.com/policies/guideline-for-law-enforcement; and "Reddit Privacy Policy," https://www.reddit.com/policies/privacy-policy?hsLang=en. At times, social media providers such as PROVIDER can and do change the details and functionality of the services they offer. While the information in this section is true and accurate to the best of my knowledge and belief, I have not specifically reviewed every detail of PROVIDER's services in connection with submitting this application for a search warrant. Instead, I rely upon my training and experience, and the training and experience of others, to set forth the following description for the Court.

31. Reddit allows its users to establish accounts with Reddit, and users can then use their accounts to share news, photographs, videos, and other information with other Reddit users and with the general public.

32. Reddit also allows users to discuss and vote on content that other users have submitted. Reddit consists of various online communities, known as "subreddits" or "subs," which are centered around the shared interests of their members.

33. Each subreddit has its own dedicated page, subject matter, users, and volunteer moderators (referred to as "mods"). Members of these communities engage by posting relevant information, articles, stories, links, news, images, and videos. These posts are then voted on and commented upon by Reddit account holders, with the number of upvotes and downvotes determining the post's visibility within the subreddit.

34. Reddit asks users to provide basic contact and personal identifying information to Reddit, either during the registration process or thereafter. This information may include the user's full name, birth date, age, gender, contact e-mail addresses, Reddit passwords, Reddit security questions and answers (for password retrieval), physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers.

35. Reddit users can select different levels of privacy for the communications and information associated with their Reddit accounts. By adjusting these privacy settings, a Reddit user can make information available only to himself or herself, to particular Reddit users, or to anyone with access to the Internet, including people who are not Reddit users. Reddit users can also "follow" people or "be followed by" people on Reddit to facilitate the application of these privacy settings. Reddit accounts also include other account settings that users can adjust

to control, for example, the types of notifications they receive from Reddit.

36. Reddit users can create profiles that include photographs, lists of personal interests, and other information. Reddit users can also make posts, as well as post links to videos, photographs, articles, and other items available elsewhere on the Internet. Reddit users are able to comment on and "upvote" or "downvote" other Reddit users' posts.

37. Reddit users can exchange direct messages, frequently called "private messages" on Reddit with other users. These messages, which are similar to email messages, are sent to the recipient' "inbox" on Reddit, which also stores copies of messages sent by the recipient, as well as other information. Reddit users can also post comments on the Reddit profiles of other users or on their own profiles; such comments are typically associated with a specific posting or item on the profile.

38. If a Reddit user does not want to interact with another user on Reddit, the first user can "block" the second user from seeing his or her account.

39. Reddit has a search function that enables its users to search Reddit for keywords, usernames, or pages, among other things.

40. Reddit also retains Internet Protocol ("IP") logs for a given user ID or IP address. These logs may contain information about the actions taken by the user ID or IP address on Reddit, including information about the type of action, the date and time of the action, and the user ID and IP address associated with the action.

41. Social networking providers like Reddit typically retain additional information about their users' accounts, such as information about the length of service (including start date), the types of service utilized, and the means and source of any payments associated with the service

(including any credit card or bank account number). In some cases, Reddit users may communicate directly with Reddit about issues relating to their accounts, such as technical problems, billing inquiries, or complaints from other users. Social networking providers like Reddit typically retain records about such communications, including records of contacts between the user and the provider's support services, as well as records of any actions taken by the provider or user as a result of the communication.

42. Reddit account information is typically categorized into the following types:

a. Account Information: This includes username, avatar, and email address (if the user verified the account with an email).

b. Communications and Content Information: This encompasses posts, comments, saved drafts, private messages, chats, and mod mail.

c. Activity Information: This includes data about the user's actions on Reddit, such as voting, saving, hiding, reporting, following people, joining communities, searches, and subscribing to Reddit Premium.

d. Transactional Information: If the user makes any purchases on Reddit, this includes billing information such as name, address, payment type, and purchase details.

e. Usage Information: This covers data about how users access and use Reddit, such as login and IP information, browser type, operating system, device, and search terms.

f. Location Information: If a user decides to share his or her location, Reddit collects this information from the user's mobile device. Reddit may also

obtain and store an approximate location through the user's IP address.

g. Information from Cookies: Cookies provide information about a user's preferred language and help identify a user's device to personalize recommendations and ads.

h. Information from Partners: This includes demographic or interest information from advertising partners, information about pages the user visited on partner sites, or information from any third-party apps or services the user has allowed access to on their Reddit account.

43. As explained herein, information stored in connection with a Reddit account may provide crucial evidence of the "who, what, why, when, where, and how" of the criminal conduct under investigation, thus enabling the government to establish and prove each element or alternatively, to exclude the innocent from further suspicion. In my training and experience, a Reddit user's IP log, stored electronic communications, and other data retained by Reddit, can indicate who has used or controlled the Reddit account. This "user attribution" evidence is analogous to the search for "indicia of occupancy" while executing a search warrant at a residence. For example, profile contact information, private messaging logs, and posts may be evidence of who used or controlled the Reddit account at a relevant time.

44. Further, Reddit account activity can show how and when the account was accessed or used. For example, Reddit logs the IP addresses from which users access their accounts along with the time and date. By determining the physical location associated with the logged IP addresses, investigators can understand the chronological and geographic context of the account access and use relating to the crime under investigation. Such information allows

investigators to understand the geographic and chronological context of Reddit access, use, and events relating to the crime under investigation.

45. Finally, Reddit account activity may provide relevant insight into the Reddit account owner's state of mind as it relates to the offense under investigation. For example, information on the Reddit account may indicate the owner's motive and intent to commit a crime (e.g., information indicating a plan to commit a crime), or consciousness of guilt (e.g., deleting account information in an effort to conceal evidence from law enforcement).

46. Therefore, the servers of Reddit are likely to contain all the material described above, including stored electronic communications and information concerning subscribers and their use of Reddit, such as account access information, transaction information, and other account information.

47. The information set forth above provides probable cause to believe that [redacted] has engaged in violations of the TARGET OFFENSES, and that the **TARGET ACCOUNT**, as further described in Attachment A, contains evidence of the TARGET OFFENSES, as well as evidence that will provide leads to other evidence about the identities of the perpetrators, as further described in Attachment B.

## CONCLUSION

48. Based on the foregoing, I request that the Court issue the proposed search warrant. Because the warrant will be served on PROVIDER, who will then compile the requested records at a time convenient to it, there exists reasonable cause to permit the execution of the requested

warrant at any time in the day or night. Pursuant to 18 U.S.C. § 2703(g), the presence of a law enforcement officer is not required for the service or execution of this warrant.

Respectfully submitted,

[redacted]

Special Agent
U.S. Capitol Police

Subscribed and sworn pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3) on March 10, 2025.

HONORABLE G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)**

I, ________________________________, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct. I am employed by ________________________________ ("PROVIDER"), and my title is __________________________________________________. I am a custodian of records for PROVIDER, and I am qualified to authenticate the records attached hereto because I am familiar with how the records were created, managed, stored, and retrieved. I state that the records attached hereto are true duplicates of the original records in the custody of PROVIDER. The attached records consist of:

______________________________________________________________________

[GENERALLY DESCRIBE RECORDS (pages/CDs/megabytes)]

I further state that:

a. all records attached to this certificate were made at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters, they were kept in the ordinary course of the regularly conducted business activity of PROVIDER, and they were made by PROVIDER as a regular practice; and

b. such records were generated by PROVIDER's electronic process or system that produces an accurate result, to wit:

1. the records were copied from electronic device(s), storage medium(s), or file(s) in the custody of PROVIDER in a manner to ensure that they are true duplicates of the original records; and

2. the process or system is regularly verified by PROVIDER, and at all times pertinent to the records certified here the process and system functioned properly and normally.

I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of the Federal Rules of Evidence.

__________________________ __________________________________________________

Date Signature